UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

YELLOW PAGES PHOTO, INC.

    Plaintiff,

v.                                          CASE NO. 8:16-cv-01068-JDW-AEP

DEX MEDIA, INC.

    Defendant.
_____/

## DEFENDANT DEX MEDIA, INC.'S
## WRITTEN DESIGNATION AND CONSENT TO ACT

Defendant Dex Media, Inc., by and through undersigned counsel, and pursuant to Local Rule 2.02(a)(1) moved by separate motion for the Special Admission of Non-Resident Attorney Kuangyan Huang. Mr. Huang and his designated resident counsel hereby file their Written Designation of Resident Counsel and Consent to Act.

## WRITTEN DESIGNATION

1.     Mr. Huang designates Gary R. Trombley and Ronald P. Hanes of the law firm Trombley & Hanes, P.A. as the resident attorneys in the above-styled case pursuant to Local Rule 2.02(a)(1).

2.     All notices and papers may be served on Gary R. Trombley and Ronald P. Hanes, who have accepted designation and consent to act herein.

3.     Mr. Huang has complied with both the fee and email registration requirements of Local Rule 2.01(d).

## CONSENT TO ACT

1

Gary R. Trombley and Ronald P. Hanes are members in good standing of the Middle District of Florida and hereby accept designation and consents to act as local counsel pursuant to Local Rule 2.02(a)(1) for attorney Kuangyan Huang and as counsel for Defendant Dex Media, Inc., thereby consenting to the service of all papers and notices herein and acknowledging responsibility as local counsel for the progress and trial of this matter in default of the non-resident attorney.

WHEREFORE, pursuant to Local Rule 2.02(a)(1), Dex Media, Inc. and undersigned counsel respectfully request Kuangyan Huang's special admission to practice in this case.

Respectfully Submitted,

By: /s/ *Gary R. Trombley*
Gary R. Trombley
Trombley & Hanes P.A.
Florida Bar No. 165721
707 North Franklin Street, 10th Floor
Tampa, Florida 33602
Telephone: (813) 229-7918
Facsimile:   (813) 223-5204
Email: gtrombley@trombleyhaneslaw.com

By: /s/ *Ronald P. Hanes*
RONALD P. HANES
Trombley & Hanes P.A.
Florida Bar No. 375624
707 North Franklin Street, 10th Floor
Tampa, Florida 33602
Telephone: (813) 229-7918
Facsimile:   (813) 223-5204
Email: rhanes@trombleyhaneslaw.com

*/s/ Kuangyan Huang*
KUANGYAN HUANG
Kirkland & Ellis LLP
New York Bar No. KH3939
601 Lexington Avenue
New York, NY 10022
Tel.   (212) 446-4904
Fax.   (212) 446-4900
Email: kuan.huang@kirkland.com

*Counsel for Defendant Dex Media, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

/s/ *Gary R. Trombley*
GARY R. TROMBLEY